7jgmthhd (1/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Joseph Warren Terry
*Debtor*

*Bankruptcy Case No.*
08–43123–jwv7

**Joseph Warren Terry**
   Plaintiff(s)

*Adversary Case No.*
09–03031–jwv

v.

**Standard Insurance Company**
**Norman E Rouse**
   Defendant(s)

## JUDGMENT

   This proceeding having come on for trial or hearing before the court, the Honorable Jerry W. Venters , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: that Standard has an allowed, unsecured claim against the Debtors bankruptcy estate for $45,316.54.It is FURTHER ORDERED that that Standard has a right to recoup $45,316.54 minus any amount Standard receives from the Debtors bankruptcy estate from the future disability payments owed to the Debtor by Standard.

   The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

Ann Thompson
Court Executive

By: /s/ Jamie Hinkle
   Deputy Clerk



Date of issuance: 8/30/12

Court to serve